IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL DIXON,

        Petitioner,

vs.                                                          CIV 14-0794 WJ/KBM

VINCENT HORTON, Acting Warden,
and HECTOR BALDERAS[1],
New Mexico Attorney General,

        Respondents

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 26, 2015 *(Doc.11)*. The proposed findings notify Petitioner of his ability to file objections within fourteen (14) days and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 11)* is ADOPTED;

2. Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 *(Doc. 1)* is dismissed **with prejudice;**

3. A final order and order denying a certificate of appealability is entered concurrently herewith.

---

[1] Hector Balderas was elected New Mexico Attorney General during the pendency of this law suit and is being substituted for former Attorney General Gary K. King.

_____
UNITED STATES DISTRICT JUDGE